| | |
|---|---|
| *Attorney or Party without Attorney:*<br>LYNN HUBBARD III, Bar #69773<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>Chico, CA  95926<br>Telephone No: 530 895-3252     FAX No: 530 894-8244 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>HUBBARD v. HARBOR FREIGHT TOOL |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Southern District Of California

*Plaintiff:* BARBARA HUBBARD
*Defendant:* CENTRAL PURCHASING, LLC

| PROOF OF SERVICE<br>SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08 CV0563DMSPOR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:         CENTRAL PURCHASING, LLC dba HARBOR FREIGHT TOOLS
   b. Person served:        BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:   CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Apr. 04, 2008 (2) at: 2:15PM

7. **Person Who Served Papers:**                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim  Wardlow                                                            d. *The Fee for Service was:*    $33.00
   b. **ALL PRO ATTORNEY SERVICES**                                           e. I am: (3) registered California process server
   2410 FAIR OAKS BOULEVARD                                                         (i)   Owner
   SUITE 125                                                                        (ii)  Registration No.:    87-010
   Sacramento, CA  95825                                                            (iii) County:              Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:Tue, Apr. 08, 2008

Judicial Council Form                          PROOF OF SERVICE                        (Jim  Wardlow)
Rule 982.9.(a)&(b) Rev January 1, 2007            SUMMONS                                                      dag.41817