Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED APR 17 AM 11:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

BARBARA HUBBARD,
Plaintiff,

vs

CENTRAL PURCHASING, LLC dba HARBOR FREIGHT TOOLS; PLAN NINE PARTNERS, LLC,
Defendants.

**SUMMONS ON FIRST AMENDED COMPLAINT**

Case No. 08cv0563 DMS (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.          APR 17 2008
CLERK                            DATE
J. HARRIS

By _____, Deputy Clerk

Summons in a Civil Action                                   Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)