1   JEFFER, MANGELS, BUTLER & MARMARO LLP
    MARTIN H. ORLICK (Bar No. 083908), Morlick@jmbm.com
2   MATTHEW S. KENEFICK (Bar No. 227298), Mkenefick@jmbm.com
    Two Embarcadero Center, Fifth Floor
3   San Francisco, California  94111-3824
    Telephone:    (415) 398-8080
4   Facsimile:    (415) 398-5584

5   Attorneys for Defendant CENTRAL PURCHASING, LLC dba
    HARBOR FREIGHT TOOLS

6

7

8                  UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11  BARBARA HUBBARD,                    CASE NO.    08CV0563DMS POR

12          Plaintiff,                  **NOTICE OF MOTION; MOTION FOR THE
                                        COURT TO DECLINE SUPPLEMENTAL
13      v.                              JURISDICTION OVER AND TO DISMISS
                                        PLAINTIFF'S STATE LAW CLAIMS [28
14  CENTRAL PURCHASING, LLC dba         U.S.C. § 1367(c)]**
    HARBOR FREIGHT TOOLS, et al.,
15
            Defendants.                 **Accompanying Papers**:  Memorandum of Points
16                                      and Authorities; Request for Judicial Notice; and
                                        (Proposed) Order
17
                                        Date:            July 11, 2008
18                                      Time:            1:30 p.m.
                                        Dept:            Courtroom 10
19                                      Judge:           Hon. Dana M. Sabraw

20
                                        Complaint filed:         April 2, 2008
21                                      1st Am. Compl. filed:    April 16, 2008

22

23

24  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

25          **PLEASE TAKE NOTICE:** that on July 11, 2008, at 1:30 p.m., before the

26  Honorable Dana M. Sabraw in Courtroom 10 of the above-referenced court located at 940 Front

27  Street, San Diego, California, Defendant Central Purchasing, LLC dba Harbor Freight Tools will,

28  and hereby does, make a motion to this Court to Decline Supplemental Jurisdiction over and to

1    Dismiss Plaintiff's State Law Claims pursuant to 28 U.S.C. § 1367(c) (the "**Motion**").

2    This Motion is based upon this notice and motion, the accompanying Memorandum

3    of Points and Authorities in Support of Motion for the Court to Decline Supplemental Jurisdiction

4    Over and to Dismiss Plaintiffs' State Law Claims [28 U.S.C. § 1367(c)] filed and served

5    concurrently herewith, the accompanying Request for Judicial Notice in Support of Motion for the

6    Court to Decline Supplemental Jurisdiction Over and to Dismiss Plaintiffs' State Law Claims [28

7    U.S.C. § 1367(c)] filed and served concurrently herewith, as well as the complete files and records

8    of this action and on such other and further evidence, arguments, and authorities as may be

9    submitted prior to and during the hearing on this motion.

10

11    DATED:  June 2, 2008                    JEFFER, MANGELS, BUTLER & MARMARO LLP
                                              MARTIN H. ORLICK
12                                            MATTHEW S. KENEFICK

13

14                                            By: /s/ Martin H. Orlick
                                                   MARTIN H. ORLICK
15                                            Attorneys for Defendant CENTRAL PURCHASING,
                                              LLC dba HARBOR FREIGHT TOOLS
16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

3

    I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  Two Embarcadero Center,

4

5th Floor, San Francisco, California 94111.

5

    On June 2, 2008 I served the document(s) described as

6

    1.    **NOTICE OF MOTION; MOTION FOR THE COURT TO DECLINE**

7

**SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(c)];**

8

    **2.    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER**

9

**AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(c)];**

10

    **3.    REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS**

11

**PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(c)];**

12

    **4.    [Proposed] ORDER RE: OTION FOR THE COURT TO DECLINE**

13

**SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(c)];**

14

    in this action by placing the true copies thereof enclosed in sealed envelopes addressed as

15

follows:

16

Lynn Hubbard, Esq.
Disabled Advocacy Group, APLC
12 Williamsburg Lane

17

Chico, CA  95926

18

☒    (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing

19

correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is

20

presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

21

22

☒    (BY ELECTRONIC SERVICE TRANSMISSION via U.S. District Court, Southern Division, Case Management/Electronic Case Files, Filing System.  I served a copy of the

23

above-listed document(s) to the e-mail addresses of the addressee(s) by use as identified and maintained therein.

24

☐    (BY FAX) At    , I transmitted, pursuant to Rule 2.306, the above-described document

25

by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s).  The transmission originated from facsimile phone number (415) 398-5584 and

26

was reported as complete and without error.  The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

27

☐    (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the

28

addressee.

JMBM  Jeffer Mangels Butler & Marmaro LLP

1  ☐   (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an
2       overnight delivery service in lieu of delivery by mail to the addressee(s).

3       Executed on June 2, 2008 at San Francisco, California.

4  ☒   (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court
       at whose direction the service was made.

5

6                                              Angela Pereira

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

735206v1

08CV0563DMS POR
NOTICE OF MOTION; MOTION