1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908), Morlick@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), Mkenefick@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant CENTRAL PURCHASING, LLC dba
   HARBOR FREIGHT TOOLS
6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | BARBARA HUBBARD,                          | CASE NO.    08CV0563DMS POR
12 |       Plaintiff,                          | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(c)]**
13 |       v.                                  |
14 | CENTRAL PURCHASING, LLC dba HARBOR FREIGHT TOOLS, et al., |
15 |       Defendants.                         |
16 |                                           | **Accompanying Papers**: Notice and Motion; Memorandum of Points and Authorities; and (Proposed) Order
17 |                                           |
18 |                                           | Date:    July 11, 2008
                                                 Time:    1:30 p.m.
19                                               Dept:    Courtroom 10
                                                 Judge:   Hon. Dana M. Sabraw
20
                                                 Complaint filed:         April 2, 2008
21                                               1st Am. Compl. filed:    April 16, 2008
22

23

24         Pursuant to Federal Rule of Evidence 201, Defendant Central Purchasing, LLC dba

25 Harbor Freight Tools ("**Harbor Freight**") hereby submits the following Request for Judicial Notice

26 in Support of Motion for the Court to Decline Supplemental Jurisdiction Over and to Dismiss

27 Plaintiff's State Law Claims [28 U.S.C. § 1367(c)]:

28         1.      Harbor Freight hereby requests the Court take judicial notice of the January

---

735207v1                                    08CV0563DMS POR
                                            REQUEST FOR JUDICIAL NOTICE

1   17, 2007, denial of the California Supreme Court of the petition for review of plaintiff/appellant

2   David Gunther of the decision of Gunther v. Lin, 144 Cal.App.4th 223 (4th Dist. 2006).  Attached

3   hereto as **Exhibit A** is a true and correct copy of the online register of actions for this petition.

4         2.   Harbor Freight hereby requests this Court take judicial notice of its decision

5   in Cross v. Pacific Coast Plaza Invest., No. 06CV2543 JM(RBB) (SD Cal. Mar. 6, 2007), a true and

6   correct copy of which is attached hereto as **Exhibit B**.

7         3.   Harbor Freight hereby requests this Court take judicial notice of the March

8   22, 2007 decision of the United States District Court for the Eastern District of California in Wilson

9   v. Haria and Gogri Corp., 2007 WL 851744 (ED Cal. 2007), a true and correct copy of which is

10  attached hereto as **Exhibit C**.

11        4.   Harbor Freight hereby requests this Court take judicial notice of the May 29,

12  2007 decision of the United States District Court for the Southern District of California in Cross v.

13  Boston Market Corp., 07CV486J(LSP), a true and correct copy of which is attached hereto as

14  **Exhibit D**.

15        5.   Harbor Freight hereby requests this Court take judicial notice of the Ninth

16  Circuit's April 14, 2008 Order Certifying Questions to the Supreme Court of California entered in

17  the case of Munson v. Del Taco, 06-56208, a true and correct copy of which is attached hereto as

18  **Exhibit E**.

19

20  DATED:  June 2, 2008       JEFFER, MANGELS, BUTLER & MARMARO LLP
                               MARTIN H. ORLICK
21                             MATTHEW S. KENEFICK

22

23                             By: /s/ Martin H. Orlick
                                    MARTIN H. ORLICK
24                             Attorneys for Defendant CENTRAL PURCHASING,
                               LLC dba HARBOR FREIGHT TOOLS
25

26

27

28

PRINTED ON
RECYCLED PAPER

735207v1                          - 2 -        08CV0563DMS POR
                                               REQUEST FOR JUDICIAL NOTICE