# TABLE OF CONTENTS

I.   Introduction ................................................................................. 1-2

II.  Discussion .................................................................................. 2-11

    A.   Equity: Hubbard Has Pled Intent And Has A Right To Prove Up Such Intent ........................................... 2-4

    B.   Factual: The *Gunther* Case Involved A Property Undergoing A Re-Model .......................................................... 4-5

    C.   Legal: *Gunther* Misinterpreted The Law, And The Ninth Circuit Has Stated It Believes There Is Strong Evidence that California Supreme Court Will Reject *Gunther* ...................................... 5-11

        1. Preliminary Matter: Intent ................................................. 5-8

            a. The Disabled Persons Act .................................................. 6

            b. The *Munson* Certification ............................................. 6-8

        2. A Brief Discussion of Why *Gunther* Got the Law Wrong ........................................................................... 8-11

III. Conclusion ............................................................................... 11-12

## TABLE OF AUTHORITIES

Cases

*Donald v. Café Royale, Inc.,*
    218 Cal.App.3d 168, 177-180 (1990) .................................................... 6

*Gunther v. Lin,*
    50 Cal.Rptr.3d 317 (Cal.App.2006) ............................................. 1, 8-11

*Harris v. Capital Growth Investors XIV,*
    (1991) 52 Cal.3d 1142 ..................................................................... 8-9

*Hart v. Massanari,*
    266 F.3d 1155 (9th Cir.2001) ............................................................... 7

*In re Watts,*
    298 F.3d. 1077 (9th Cir. 2002) ............................................................. 8

*Koire v. Metro Car Wash,*
    (1985) 40 Cal.3d 24 ........................................................................ 8-10

*Lentini v. California Center for the Arts, Escondido,*
    370 F.3d 837 (9th Cir. 2004) ....................................................... 3, 5, 7

*Modern Development Co. v. Navigators, Ins. Co.,*
    (2003) 4 Cal.Rptr.3d 528 ............................................................... 8-11

*Munson v. Del Taco, Inc.,*
    522 F.3d 997 (9th Cir. 2008) ....................................................... 3-4, 7

*Ryman v. Sears, Roebuck and Co.,*
    505 F.3d 993 (9th Cir. 2007) ............................................................... 6

*Wilson v. Haria and Gogri Corp.,*
    479 F.Supp.2d 1127 (E.D.Cal.2007) ............................................. 7, 11

Statutes

Cal. Civ. Code § 51 ................................................................................................. 3

Cal. Civ. Code § 51(f) ........................................................................................... 10

Cal. Civ. Code § 52 ................................................................................................. 3

Cal. Civ. Code § 54.1(d) ......................................................................................... 6

Cal. Health & Safety Code §19955(a) ............................................................... 6 n.1

iii