1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   MARTIN H. ORLICK (Bar No. 083908), Morlick@jmbm.com
2  MATTHEW S. KENEFICK (Bar No. 227298), Mkenefick@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant CENTRAL PURCHASING, LLC dba
   HARBOR FREIGHT TOOLS

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10

11 | BARBARA HUBBARD,              | CASE NO.    08CV0563DMS POR |
12 |         Plaintiff,            | **REPLY REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR THE COURT TO DECLINE SUPPLEMENTAL JURISDICTION OVER AND TO DISMISS PLAINTIFF'S STATE LAW CLAIMS [28 U.S.C. § 1367(c)]** |
13 |    v.                         | |
14 | CENTRAL PURCHASING, LLC dba   | |
   | HARBOR FREIGHT TOOLS, et al., | |
15 |                               | |
   |         Defendants.           | **Accompanying Papers**: Reply Memorandum of Points and Authorities |
16 |                               | |
17 |                               | |
   |                               | Date:     July 11, 2008 |
18 |                               | Time:     1:30 p.m. |
   |                               | Dept:     Courtroom 10 |
19 |                               | Judge:    Hon. Dana M. Sabraw |
20 |                               | Complaint filed:       April 2, 2008 |
   |                               | 1st Am. Compl. filed:  April 16, 2008 |
21 |                               | Trial Date:            None set |

22

23

24         Pursuant to Federal Rule of Evidence 201, Defendant Central Purchasing, LLC dba

25 Harbor Freight Tools ("**Harbor Freight**") hereby submits the following Reply Request for Judicial

26 Notice in Support of Motion for the Court to Decline Supplemental Jurisdiction Over and to

27 Dismiss Plaintiff's State Law Claims [28 U.S.C. § 1367(c)]:

28         1.    Harbor Freight hereby requests the Court take judicial notice of the Plaintiff's

1  Opposition to Defendants ValVista South, LLC and ValVista North, LLC's Motion for an Order
2  Declining Supplemental Jurisdiction Over Plaintiff's State Claims; an Order Dismissing Claims
3  Against ValVista for Failure to State a Claim; and, an Order Setting an Evidentiary Hearing on
4  Article III Standing filed in the matter of Cross v. Boston Market Corp., 07CV486J(LSP), a true and
5  correct copy of which is attached hereto as **Exhibit 1**.

6        2.    Harbor Freight hereby requests the Court take judicial notice of the May 29,
7  2007 decision of the United States District Court for the Southern District of California in Cross v.
8  Boston Market Corp., 07CV486J(LSP), a true and correct copy of which is attached hereto as
9  **Exhibit 2**.

10       3.    Harbor Freight hereby requests the Court take judicial notice of the Plaintiff's
11 Opposition to Defendant GMRI, Inc.'s Motion to Dismiss Plaintiff's State Law Claims Pursuant to
12 28 U.S.C. (sic) 1367(c) in the matter of Oliver v. Red Lobster etc., No. 07CV1719IEG(WMC), a
13 true and correct copy of which is attached hereto as **Exhibit 3.**

14       4.    Harbor Freight hereby requests the Court take judicial notice of the
15 November 16, 2007 decision of the United States District Court for the Southern District of
16 California in Oliver v. Red Lobster etc., No. 07CV1719IEG(WMC), a true and correct copy of
17 which is attached hereto as **Exhibit 4**.

18       5.    Harbor Freight hereby requests the Court take judicial notice of the California
19 Supreme Court's June 25, 2008, acceptance of the Ninth Circuit's April 14, 2008 certification of
20 certain issues in the matter of Munson v. Del Taco, 06-56208, a true and correct copy of which is
21 attached hereto as **Exhibit 5**.

23 DATED: July 3, 2008　　　　　　　　　JEFFER, MANGELS, BUTLER & MARMARO LLP
                                          MARTIN H. ORLICK
24                                        MATTHEW S. KENEFICK

26 　　　　　　　　　　　　　　　　　　By: /s/ Martin H. Orlick
                                          MARTIN H. ORLICK
27                                        Attorneys for Defendant CENTRAL PURCHASING,
                                          LLC dba HARBOR FREIGHT TOOLS

PRINTED ON RECYCLED PAPER

Jeffer Mangels Butler & Marmaro LLP