**EXHIBIT 5**

S162818

# IN THE SUPREME COURT OF CALIFORNIA
## En Banc

SUPREME COURT
FILED
JUN 2 5 2008
Frederick K. Ohlrich Cl*
Deputy

KENNETH MUNSON, Plaintiff and Appellant,

v.

DEL TACO, INC., a California Corporation, Defendant and Appellant

---

The request, made pursuant to California Rules of Court, rule 8.548, that this court decide questions of California law presented in a matter pending in the United States Court of Appeals for the Ninth Circuit, is granted. Pursuant to rule 8.548(f)(5) of the California Rules of Court, this court restates the certified questions as follows: (1) "Must a plaintiff who seeks damages under California Civil Code section 52, claiming the denial of full and equal treatment on the basis of disability in violation of the Unruh Civil Rights Act (Civ. Code, § 51) and the Americans with Disabilities Act of 1990 (42 U.S.C.§ 12101 et seq.), prove 'intentional discrimination' "? (2) "If the answer to Question 1 is 'yes,' what does 'intentional discrimination' mean in this context?"

For the purposes of briefing and oral argument, defendant Del Taco, Inc. is deemed petitioner in this court. (Cal. Rules of Court, rule 8.520(a)(6).)

George, C.J., was absent and did not participate.
Corrigan, J., was absent and did not participate.

**RECEIVED**

JUN 3 0 2008

CALL, JENSEN & FERRELL

_____
Chin
*Acting Chief Justice*

_____
Kennard
*Associate Justice*

_____
Baxter
*Associate Justice*

_____
Werdegar
*Associate Justice*

_____
*Associate Justice*

_____
Moreno
*Associate Justice*

_____
*Associate Justice*

# EXHIBIT 5