# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| BARBARA HUBBARD, | CASE NO. 08cv0563 DMS (POR) |
|---|---|
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| vs. | |
| CENTRAL PURCHASING, LLC, et al., | |
| Defendant. | |

Pending before this Court is Defendant's motion to dismiss Plaintiff's state court claims. The motion is currently scheduled for hearing on Friday, July 11, 2008. The matter is suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: July 7, 2008

HON. DANA M. SABRAW
United States District Judge