LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:   (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff
Barbara Hubbard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>        Plaintiff,<br><br>    vs.<br><br>CENTRAL PURCHASING, LLC<br>dba HARBOR FREIGHT TOOLS;<br>PLAN NINE PARTNERS, LLC,<br><br>        Defendants. | Case No. 08cv0563 DMS (POR)<br><br>**Application to Clerk for Entry of Default** |

*Hubbard v. Central Purchasing, LLC, et al.,*                Case No. 08cv0563 DMS (POR)
Application to Clerk for Entry of Default
Page 1

1    **TO THE CLERK OF THE COURT** for the United States District

2   Court for the Southern District of California:  Plaintiff, Barbara Hubbard,

3   hereby requests that the Clerk enter default of defendant Plan Nine

4   Partners, LLC for failure to plead or to otherwise defend in a timely

5   manner as provided by Rule 55 of the Federal Rules of Civil Procedure

6   ("FRCP").

7        This request is based upon the attached declaration of Lynn

8   Hubbard, III which shows the following:

9        1.)    Pursuant to FRCP 4(c), defendant Plan Nine Partners, LLC

10               was served with the Amended Summons and Amended

11               Complaint in the instant matter on May 15, 2008, as

12               evidenced by the proof of service attached to the Declaration

13               of Lynn Hubbard, III (filed herewith) as Exhibit A.

14       2.)    Defendant Plan Nine Partners, LLC has failed to plead or

15               otherwise respond to Plaintiff's Amended Complaint.

16       3.)    The applicable time limit for responding to Plaintiff's

17               Amended Complaint has expired, and no extension of time

18               has been sought.

19       Respectfully submitted,

20

21   DATED: August  11, 2008        DISABLED ADVOCACY GROUP

22

23                                  */s/ Lynn Hubbard, III*

24                                  LYNN HUBBARD, III

25                                  Attorney for Plaintiff Barbara Hubbard

26

27

28

*Hubbard v. Central Purchasing, LLC, et al.,*                Case No. 08cv0563 DMS (POR)
Application to Clerk for Entry of Default
Page 2

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF BUTTE

3

4

I, Lynn Hubbard, III, am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

5

6

On August 11, 2008, I caused the document(s) described as:

7

**Application to Clerk for Entry of Default**

8

9

to be served on the parties in case number 08cv0563 DMS (POR) as follows:

10

11

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption.*

12

13

The following is a procedure in which service of this document was effected:

14

15

(xx )  ELECTRONIC FILING – I caused a true copy of the above referenced document to be filed by Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules, to the addressee or addresses listed above.

16

17

18

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19

20

DATED:  August 11, 2008          */s/ Lynn Hubbard, III*
Lynn Hubbard

21

22

23

24

25

26

27

28

*Hubbard v. Central Purchasing, LLC, et al.,*                    Case No. 08cv0563 DMS (POR)
Application to Clerk for Entry of Default
Page 3

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Kaina Schuklei, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, California 95926.  On August 11, 2008, I served:

**Application to Clerk for Entry of Default**

on the interested parties in this action as follows:

Plan Nine Partners, LLC
Agent for Service: Marc Litchman
12400 Ventura Boulevard, Suite 363
Studio City, California  91605

The following is a procedure in which service of this document was effected:

(**xx**)  **United States Postal Service** – by placing for collection and deposit in the United States mail a copy of said document at the Disabled Advocacy Group, APLC located at 12 Williamsburg Lane, Chico, Butte County, California, in a sealed envelope, with postage fully prepaid.

(**xx**)  Federal: I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I am familiar with the practice of the Disabled Advocacy Group, APLC for the collection and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above-mentioned document would have been deposited with the United States mail on the same day on which it was placed at the Disabled Advocacy Group, APLC for pickup.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 11, 2008          */s/ Kaina Schukei*
                                 Kaina Schukei

*Hubbard v. Central Purchasing, LLC, et al.,*                    Case No. 08cv0563 DMS (POR)
Application to Clerk for Entry of Default
Page 4