1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
3  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
4  CHICO, CA. 95926
5  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
6
7  Attorneys for Plaintiff
   Barbara Hubbard
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BARBARA HUBBARD, | Case No. 08cv0563 DMS (POR) |
|---|---|
| Plaintiff, | **Declaration of Lynn Hubbard, III in Support of Plaintiff's Application to Clerk for Entry of Default** |
| vs. | |
| CENTRAL PURCHASING, LLC dba HARBOR FREIGHT TOOLS; PLAN NINE PARTNERS, LLC, | |
| Defendants. | |

*Hubbard v. Central Purchasing, LLC, et al.,*   Case No. 08cv0563 DMS (POR)
Declaration of Lynn Hubbard, III in Support of Plaintiff's Application to Clerk for Entry of Default
Page 1

I, Lynn Hubbard, III, declare as follows:

1. I am an attorney licensed to practice law in the State of California and the United States District Court, Southern District of California.

2. I represent plaintiff Barbara Hubbard in the instant action.

3. Defendant Plan Nine Partners, LLC ("Plan Nine") was properly served with the Amended Summons and Amended Complaint on May 15, 2008, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure ("FRCP"), as evidenced by the true and correct copy of the proof of service attached hereto as Exhibit A.

4. Plan Nine has failed to serve or file a pleading, or otherwise respond to Plaintiff's Amended Complaint.

5. The applicable time limit for responding the Amended Complaint has expired for Plan Nine. Plan Nine was required to plead or otherwise respond to the Amended Complaint on or before June 9, 2008. Plan Nine failed to do so. The time to plead or otherwise respond to the Amended Complaint has not been extended by agreement between the parties, nor by any order of the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and if called upon to testify, I would do so competently.

DATED: August 11, 2008   DISABLED ADVOCACY GROUP

   */s/ Lynn Hubbard, III*
   LYNN HUBBARD, III
   Attorney for Plaintiff Barbara Hubbard

*Hubbard v. Central Purchasing, LLC, et al.,*   Case No. 08cv0563 DMS (POR)
Declaration of Lynn Hubbard, III in Support of Plaintiff's Application to Clerk for Entry of Default
Page 2

# EXHIBIT A

**DISABLED ADVOCACY GROUP, APLC**
**12 WILLIAMSBURG LANE**
**CHICO, CA 95926**
**(530) 895-3252**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|
| **HUBBARD** | Plaintiff(s) | **08CV0563DMS(POR)** |
| v. | | **PROOF OF SERVICE SUMMONS AND COMPLAINT** |
| **HARBOR FREIGHT TOOLS** | Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (specify documents):

   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first ammended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other (specify): **Amended Summons; Amended Complaint**

2. **Person served:**

   a. ☒ Defendant (name:) **PLAN NINE PARTNERS, LLC**
   b. ☒ Other (specify name and title or relationship to the party/business named):
      **MARC LITCHMAN, AGENT BY LEAVIN WITH - STELLA KALACHI, MAIL CLERK**
   c. ☒ Address where the papers were served: **12400 VENTURA BLVD., # 363**
      **STUDIO CITY, CA 91605**

3. **Manner of Service** in compliance with (the appropriate box **must** be checked):

   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. ☐ Papers were served on (date): at (time):

   b. ☒ By **Substituted Service.** By leaving copies:

   1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. ☒ **Papers were served on** (date): **05/13/2008** at (time): **10:45 am**

   4. ☒ **by mailing** (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. ☒ **papers were mailed on** (date): **05/15/2008**

   6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                         PAGE 1

CV-1/LA349398

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: *(date):*       at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
**David Smith**
**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Bl. #311**
**Los Angeles, CA 90017**
**(213) 628-6338**

a. Fee for service: $ 48.00
b. ☐ Not a registered California process server
c. ☐ Exempt from registration under B&P 22350(b)
d. ☒ Registered California process server
   Registration # :1978

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **May 16, 2008**     **David Smith**
*Type or Print Server's Name*       *(Signature)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |
|---|---|---|
| DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE   CHICO, CA 95926<br>TELEPHONE NO.: **(530) 895-3252**   FAX NO.: **(530) 894-8244**<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | | |
| USDC - SOUTHERN DISTRICT - SAN DIEGO<br>STREET ADDRESS: **880 FRONT STREET**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **SAN DIEGO, CA 92101**<br>BRANCH NAME: **SOUTHERN DISTRICT - SAN DIEGO** | | |
| PLAINTIFF/PETITIONER: **HUBBARD** | | |
| DEFENDANT/RESPONDENT: **HARBOR FREIGHT TOOLS** | | |
| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>**08CV0563DMS(POR)** | |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Los Angeles, CA 90017.

On May 15, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

**Amended Summons; Amended Complaint**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

> **PLAN NINE PARTNERS, LLC**
> **12400 VENTURA BLVD. # 363**
> **STUDIO CITY, CA 91605**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: 48.00

Janney & Janney Attorney Service, Inc.
1545 Wilshire Blvd., Ste. 311
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 16, 2008.

Signature: _____
Luz Vargas

**PROOF OF SERVICE BY MAIL**

Order#: LA349398/GProof5

1

## **PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF BUTTE

3

     I, Lynn Hubbard, III, am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

4

5

On August 11, 2008, I caused the document(s) described as:

6

7

**Declaration of Lynn Hubbard, III in Support of Plaintiff's Application to Clerk for Entry of Default**

8

9

to be served on the parties in case number 08cv0563 DMS (POR) as follows:

10

11

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption.*

12

13

     The following is a procedure in which service of this document was effected:

14

(xx) ELECTRONIC FILING – I caused a true copy of the above referenced document to be filed by Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules, to the addressee or addresses listed above.

15

16

17

18

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19

20

DATED: August 11, 2008        */s/ Lynn Hubbard, III*
                                          Lynn Hubbard

21

22

23

24

25

26

27

28

*Hubbard v. Central Purchasing, LLC, et al.,*          Case No. 08cv0563 DMS (POR)
Declaration of Lynn Hubbard, III in Support of Plaintiff's Application to Clerk for Entry of Default

Page 3

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Kaina Schuklei, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, California 95926. On August 11, 2008, I served:

**Declaration of Lynn Hubbard, III in Support of Plaintiff's Application to Clerk for Entry of Default**

on the interested parties in this action as follows:

Plan Nine Partners, LLC
Agent for Service: Marc Litchman
12400 Ventura Boulevard, Suite 363
Studio City, California  91605

The following is a procedure in which service of this document was effected:

(**xx**)  **United States Postal Service** – by placing for collection and deposit in the United States mail a copy of said document at the Disabled Advocacy Group, APLC located at 12 Williamsburg Lane, Chico, Butte County, California, in a sealed envelope, with postage fully prepaid.

(**xx**)  Federal: I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

I am familiar with the practice of the Disabled Advocacy Group, APLC for the collection and processing of correspondence for mailing with the United States Postal Service. In accordance with the ordinary course of business, the above-mentioned document would have been deposited with the United States mail on the same day on which it was placed at the Disabled Advocacy Group, APLC for pickup.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 11, 2008         */s/ Kaina Schukei*
                               Kaina Schukei

*Hubbard v. Central Purchasing, LLC, et al.,*                    Case No. 08cv0563 DMS (POR)
Declaration of Lynn Hubbard, III in Support of Plaintiff's Application to Clerk for Entry of Default
Page 4