1  LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
3  Chico, CA 95926
Telephone:   (530) 895-3252
4  Fax:              (530) 894-8244

5  Attorneys for Plaintiff
BARBARA HUBBARD
6

7
MARTIN ORLICK, SBN 83908
8  **JEFFER, MANGLES, BUTLER & MARMARO LLP**
Two Embarcadero Center, Fifth Floor
9  San Francisco CA 94111
Telephone:   (415) 398-8080
10  Fax:              (415) 398-5584

11
Attorney for Defendant
12  CENTRAL PURCHASING, LLC
dba HARBOR FREIGHT TOOLS
13

14

15                 UNITED STATES DISTRICT COURT

16                 SOUTHERN DISTRICT OF CALIFORNIA

17

18
BARBARA HUBBARD,
19                                                    Case No. 08cv0563 DMS (POR)
        Plaintiff,
20
        vs.
21
CENTRAL PURCHASING, LLC dba            **JOINT MOTION FOR DISMISSAL**
22  HARBOR FREIGHT TOOLS; PLAN NINE
PARTNERS, LLC,
23
        Defendants.
24
_____/
25

26

27

28
Joint Motion for Dismissal                              *Hubbard v. Central Purchasing, LLC, et al.*

                                        - 1 -              Case No. 08cv0563 DMS (POR)

1

PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby

2

3

jointly requested, by Plaintiff, BARBARA HUBBARD, and Defendant, CENTRAL

4

5

PURCHASING, LLC dba HARBOR FREIGHT TOOLS that this Court enter a dismissal

6

7

with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ.

8

9

P. 41.

10

11

The dismissal with prejudice shall dismiss the action in its entirety.

12

13    Dated: September___, 2008        DISABLED ADVOCACY GROUP, APLC

14

15        /s/ Lynn Hubbard III

16        LYNN HUBBARD, III

17        Attorney for Plaintiff,

18        BARBARA HUBBARD

19

20

21    Dated: September___, 2008        JEFFER, MANGLES, BUTLER & MARMARO LLP

22

23        /s/ Martin Orlick

24        MARTIN ORLICK

25        Attorney for Defendant,

26        CENTRAL PURCHASING, LLC

27        dba HARBOR FREIGHT TOOLS

28

1

PROOF OF SERVICE

2

3

STATE OF CALIFORNIA, COUNTY OF BUTTE

4

5      I, Lynn Hubbard, am employed in the aforesaid County; I am over the age of

6  18 years and not a party to the within action; my business address is 12

7  Williamsburg Lane, Chico, Butte County, California 95926.

8

9      On September 10, 2008, I caused to be served the document(s) described

10  as: **JOINT MOTION FOR DISMISSAL** on the interested parties in this action as

11  follows:

12

13    On all parties identified for Notice of Electronic Filing generated by the Court's

14  CM/ECF filing system under the above referenced case number and case caption

15                        on this date in the following manner:

16

17      The following is a procedure in which service of this document was effected:

18

19  (xx )   ELECTRONIC SERVICE - by causing the document to be served via the

20          Court's ECF Filing System.

21  (  )   OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered

22          overnight via an overnight delivery service in lieu of delivery by mail to the

23          addressee(s).

24  (  )   FAX - by transmitting pursuant to Rules 2001 et seq., the above-described

25          document(s) by facsimile machine (which complied with Rule 2003(3)).  The

26          transmission originated from facsimile phone number (530) 894-8244, and

27          was reported complete without error.  The facsimile machine properly

28          issued a transmission report.

1  ( )   PERSONAL SERVICE - by causing to be delivered such document by hand

2        to the offices of the addressee(s).

3  (xx)  Federal: I declare that I am employment in the office of a member of the bar

4        of this court at whose direction the service was made.

5

6        I declare under penalty of perjury under the laws of the State of California

7  that the foregoing is true and correct.

8  DATED: September 11, 2008        /s/ Lynn Hubbard,III
                                    Lynn  Hubbard, III
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Motion for Dismissal                          *Hubbard v. Central Purchasing, LLC, et al.*